EJK:ABK
F.# 2014R00443

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

VINOD SABNANI,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

INDICTMENT

CR 14  154

(T. 26, U.S.C., § 7206(1); T. 18, U.S.C.,
§§ 3551 et seq.)

THE GRAND JURY CHARGES:

## COUNTS ONE THROUGH TWO
(Making and Subscribing False Tax Returns)

On or about the dates set forth below, within the Eastern District of New York and elsewhere, the defendant VINOD SABNANI did knowingly and willfully make and subscribe false and fraudulent Form 1040s for the tax periods set forth below, which were verified by written declarations that they were made under penalties of perjury and which were filed with the Internal Revenue Service, which tax returns the defendant VINOD SABNANI did not believe to be true and correct as to every material matter, in that the returns reported that he had business income in the amounts set forth below, when, as the defendant VINOD SABNANI then and there well knew and believed, he received business income substantially greater.

| COUNT | TAX YEAR PERIOD ENDING | REPORTED BUSINESS INCOME |
|-------|------------------------|--------------------------|
| ONE   | December 31, 2007      | $25,862                  |
| TWO   | December 31, 2008      | $19,852                  |

(Title 26, United States Code, Section 7206(1); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_Kendra Creighson_
FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

- *against* -

*VINOD SABNANI*,

Defendant.

# INDICTMENT

(T. 26, U.S.C., § 7206(1); T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____
                                                      *Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                      *Clerk*

*Bail, $* _____

*Ameet B. Kabrawala, Assistant U.S. Attorney (718-254-6001)*